# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

MERCIS B.V.,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:19-cv-03611

Judge Manish S. Shah

Magistrate Judge Jeffrey Cummings

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 308 | Survival or extinction |
| 227 | Hello_World |
| 182 | angkefashion |
| 51 | Lazy Coffee Time |
| 33 | the-best-2019 |
| 169 | noka8117 |
| 38 | Children's Toy Store |
| 39 | Your Little Baby parden Store |
| 373 | Kissing Baby & Toy Store |
| 97 | cixi luojie Electronic commerce co., LTD |
| 99 | GoodtimeYWQstore |
| 274 | NEWDV |
| 326 | yingli-fashion |
| 210 | fashion33 |
| 251 | Love shopping every day |
| 67 | zwyouth50 |

| | |
|---|---|
| 65 | EternalEnvy |
| 324 | xumanman |
| 247 | Lighting |
| 202 | didiao44 |
| 155 | chinasimplelight2014 |

DATED:  July 21, 2019

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
1033 South Blvd., Suite 200
Oak Park, Illinois 60302
Telephone: 708-203-4787
E-mail:  keith@vogtip.com

**ATTORNEY FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on July 21, 2019 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

      */s/ Keith A. Vogt*