# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

MERCIS B.V.,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:19-cv-03611

Judge Manish S. Shah

Magistrate Judge Jeffrey Cummings

## **NOTICE OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 353 | Transser |
| 102 | ycl0228 |
| 100 | hanfengguodu |
| 103 | yuguanggaofig |
| 25 | KUANGYUNING |
| 24 | 3468473@qq.com |
| 246 | lhr |
| 3 | ABDC |
| 5 | czyouth0222 |
| 6 | dhyyouth0111 |
| 4 | all products International Trading Co., Ltd |
| 255 | lucks |
| 107 | liangdongshoe |
| 108 | sunqiao |
| 279 | pangyuhuan |
| 106 | juahuangyiuduon |
| 14 | wangjiaoo1 |
| 9 | liyuhao |
| 16 | YouqingTianhou |
| 321 | xiaoyazihuayi |

| | |
|---|---|
| 137 | bendimeihuajiu |
| 138 | song tiant |
| 66 | Los Angeles shop |
| 117 | beautifuidream |
| 129 | shigongzhuzhekoudian |
| 305 | style of superhero |
| 271 | my world creativity |
| 31 | ssh56 |
| 357 | Baby Future Store |

DATED:  September 18, 2019                              Respectfully submitted,

>*/s/ Keith A. Vogt*
>Keith A. Vogt (Bar No. 6207971)
>Keith Vogt, Ltd.
>1033 South Blvd., Suite 200
>Oak Park, Illinois 60302
>Telephone: 708-203-4787
>E-mail:  keith@vogtip.com
>
>***ATTORNEY FOR PLAINTIFF***

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on September 18, 2019 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*