IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MERCIS B.V., | | |
| Plaintiff, | | No.: 1:19-cv-03611 |
| v. | | Judge Manish S. Shah |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | | Magistrate Judge Jeffrey Cummings |
| Defendants. | | |

## SATISFACTION OF JUDGMENT

WHEREAS, a judgment was entered in the above action on August 20, 2019 [45] in favor of Plaintiffs and against the Defendants Identified in Amended Schedule A. Plaintiffs acknowledge payment of an agreed upon damages amount, costs, and interest and desires to release this judgment and hereby fully and completely satisfy the same as to the following Defendants:

| NO. | DEFENDANT |
|---|---|
| 191 | Chenchanglin |
| 192 | Chenchengyou |

THEREFORE, full and complete satisfaction of said judgment as to above identified Defendants is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

DATED: September 23, 2019　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　/s/ Yanling Jiang
　　　　　　　　　　　　　　　　　　　　　　　Yanling Jiang (Bar No. 6309336)
　　　　　　　　　　　　　　　　　　　　　　　JiangIP LLC
　　　　　　　　　　　　　　　　　　　　　　　111 West Jackson Blvd.
　　　　　　　　　　　　　　　　　　　　　　　Suite 1700
　　　　　　　　　　　　　　　　　　　　　　　Chicago, Illinois 60604
　　　　　　　　　　　　　　　　　　　　　　　Telephone: 312-675-6297
　　　　　　　　　　　　　　　　　　　　　　　Email: yanling@jiangip.com

　　　　　　　　　　　　　　　　　　　　　　　**ATTORNEY FOR PLAINTIFF**

Subscribed and sworn before me by Yanling Jiang, on this 23rd day of September, 2019.

Given under by hand and notarial seal.

OFFICIAL SEAL
OLLIE B. JONES
Notary Public - State of Illinois
My Commission Expires 4/07/2022

_/s/ Ollie B. Jones_
Notary Public

State of Illinois
County of Cook